Laurel Headley (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
5900 Hollis Street, Suite N
Emeryville, CA 94608
(510) 654- 2000 (Telephone)
(510) 654-2350 (Fax)

Attorneys for Defendant
DINA JUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DINA JUN,<br><br>    Defendant._____/ | CASE NO. CR 03 0061 LKK<br><br>ORDER FOR RETURN OF PASSPORT TO DEFENDANT DINA JUN |

GOOD CAUSE APPEARING, in that the defendant finished serving her sentence of one-year in the half way house on September 6, 2005,

IT IS HEREBY ordered that defendant DINA JUN's passport be returned to her by the Clerk of the Court.

DATED: November 28, 2005        /s/ Lawrence K. Karlton
                                THE HONORABLE LAWRENCE K. KARLTON
                                Senior, United States District Judge