PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) vs. ) ) DINA JUN ) ) | Docket Number: 2:03CR00061-01LKK |

On July 27, 2004, the above-named was placed on probation for a period of four years. Ms. Jun has complied with the rules and regulations of supervision. It is accordingly recommended that Ms. Jun be discharged from supervision.

Respectfully submitted,

*/s/ Dennis F. Foxx*
Dennis F. Foxx
United States Probation Officer

Dated:   June 2, 2006
         Sacramento, California
         DFF: dff-sc

REVIEWED BY:   */s/ Karen A. Meusling*
               Karen A. Meusling
               Supervising United States Probation Officer

Rev. 03/2005
PROB35.MRG

Re: **Dina JUN**
   **Docket Number: 2:03CR00061-01LKK**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that Ms. Jun be discharged from probation, and that the proceedings in the case be terminated.

_6/5/06_
Date

_[signature]_
Lawrence K. Karlton
Senior United States District Judge

Attachment: Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG